IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,                              No. CIV S-06-0157 LKK GGH P

     vs.

S. KERNAN, et al.,

        Defendants.                  <u>ORDER</u>

_____/

        On April 11, 2006, the court dismissed plaintiff's complaint with thirty days to file an amended complaint. On April 2, 2006, plaintiff filed a motion to voluntarily dismiss this action. The court was unaware of this motion when it filed the April 11, 2006, order. On April 14, 2006, plaintiff filed a request for "de novo" review of this case. Plaintiff has still not filed an amended complaint. It is unclear how plaintiff intends to proceed in this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 2, 2006, motion to dismiss is vacated;

/////

/////

/////

/////

1

1   2.  Within thirty days of the date of this order, plaintiff shall file an amended
2 complaint or a request to voluntarily dismiss this action; if plaintiff does not respond to this
3 order, the court will recommend dismissal of this action.
4 DATED: 10/24/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
fin157.ord