IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,                  No. CIV 06-0157 LKK GGH P

   vs.

S. KERNAN, et al.,

        Defendants.         FINDINGS & RECOMMENDATIONS

_____/

        On April 11, 2006, the court dismissed plaintiff's complaint with thirty days to file an amended complaint. On April 2, 2006, plaintiff filed a motion to voluntarily dismiss this action. The court was unaware of this motion when it filed the April 11, 2006, order. On April 14, 2006, plaintiff filed a request for "de novo" review of this case.

        On October 24, 2006, the court issued an order observing that plaintiff had still not filed an amended complaint and that it was not clear how plaintiff intended to proceed with the action. Accordingly, the court granted plaintiff thirty days to file either an amended complaint or a request to voluntarily dismiss this action. The court warned plaintiff that if he did not respond to this order, the court would recommend dismissal of this action. Thirty days passed and plaintiff did not respond to the October 24, 2006, order.

/////

1

1   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2   These findings and recommendations are submitted to the United States District 3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty 4 days after being served with these findings and recommendations, plaintiff may file written 5 objections with the court.  The document should be captioned "Objections to Magistrate Judge's 6 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the 7 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 8 F.2d 1153 (9th Cir. 1991).

9   DATED:   12/22/06                           /s/ Gregory G. Hollows

10                                              _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

12
13  ggh:kj
    fin157.dis